IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01410-MSK-BNB

PHILIP WYNKOOP,

    Plaintiff,

v.

NATIONWIDE RECOVERY SYSTEMS, LTD,
a Texas limited partnership d/b/a NRS,

    Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

THE COURT having reviewed the Unopposed Motion to Dismiss with prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay their own costs and attorneys fees.

Dated this 4th day of August, 2005

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge